IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. ALLEN, | No. CIV S-04-0322-LKK-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MATTIE MAYHEW, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff brings this civil action pursuant to 42 U.S.C. §§ 1981 and 1985. Currently before the court is defendant's motion to dismiss (Doc. 42) filed August 24, 2007. Plaintiff filed his response in opposition on September 17, 2007 (Doc. 44). This matter is currently on calendar for hearing before Magistrate Judge Kellison on September 25, 2007, at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1        The court finds that this matter is appropriate for submission on the papers
2 currently on file without oral argument.  <u>See</u> Local Rule 78-230(h).  The court has the power to
3 reopen the matter for further briefs, oral arguments, or both if the court deems it necessary.  <u>See</u>
4 <u>id.</u>  Therefore, the hearing set for September 25, 2007, at 10:00 a.m. is hereby vacated and this
5 matter is submitted.
6        IT IS SO ORDERED.
7 DATED: September 19, 2007

                                                          /s/ Craig M. Kellison
                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE