IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. ALLEN, | No. CIV S-04-0322-LKK-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MATTIE MAYHEW, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff brings this civil action pursuant to 42 U.S.C. § 1981. Pending before the court is defendants' motion to dismiss (Doc. 60) filed July 8, 2008. Plaintiff filed his response in opposition on July 25, 2008 (Doc. 71), and defendants filed a reply on September 3, 2008 (Doc. 72). This matter is currently on calendar for hearing before Magistrate Judge Kellison on September 10, 2008, at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

1

The court finds this matter is appropriate for submission on the papers currently on file without oral argument.  <u>See</u> Local Rule 78-230(h).  The court has the power to reopen the matter for further briefs, oral arguments, or both if the court deems it necessary.  <u>See</u> <u>id.</u>  Therefore, the hearing set for September 10, 2008, at 10:00 a.m. is hereby vacated and this matter is submitted.

      IT IS SO ORDERED.

DATED: September 4, 2008

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE